THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK T. CESSNA, Relator, v. EDWARD P. MULROONEY, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination of the police commissioner unanimously confirmed and certiorari proceeding dismissed, without costs.

No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.